**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **35 E. Mountain, Room 510** | **(479) 521-6980** |
| **FAYETTEVILLE, ARKANSAS 72701** | **FAX (479) 575-0774** |
| FAY_info@arwd.uscourt.gov | |

December 5, 2017

Kyle Sylvester
Washington County Circuit Clerk
280 N. College Ave., Ste 302
Fayetteville, AR  72701

Re: Dennis and Karen Henry vs. Ronald Mullis, M.D., et al
    15-5288

Dear Mr. Sylvester:

    Enclosed is a certified copy of the Order remanding the above case to your court and a certified copy of our docket entries.

    In the event you are interested in retrieving electronically any or all of the documents filed since removal please contact our Systems manager Dale Wellman at (479) 582-0905 or Dale_wellman@arwd.uscourts.gov.

    By copy of this letter to counsel we are notifying each that remand has been completed.

    Yours truly,

    DOUGLAS F. YOUNG, CLERK

    By   /s/  Teri Gunderson
          Deputy Clerk

Enclosures